# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :     No. 19 WM 2019
                                  :
Respondent                        :
                                  :
                                  :
                                  :
v.                                :
                                  :
                                  :
                                  :
DALE MICHAEL WAKEFIELD,           :
                                  :
Petitioner                        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2019, the "Petition for the Exercise of King's Bench Powers" is DENIED.